[No. 17538-3-III.    Division Three.    February 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY K. JOE, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00240-0, Michael E. Cooper, J., entered May 4, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 17805-6-III.    Division Three.    February 17, 2000.]

ALVIN B. CUTLER, ET AL., *Appellants*, v. PHILLIPS PETROLEUM COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-00798-8, Richard J. Schroeder, J., entered August 12, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18066-2-III.    Division Three.    February 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MAURICE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 97-1-00041-1, Wallis W. Friel, J., entered September 28, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 18178-2-III.    Division Three.    February 17, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO CORONA-LEDESMA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00186-8, Robert Leigh Zagelow, J., entered December 16, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.